UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Mary Jane Ryan
Chapter 7 Case No. 09-38720

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Infosource - World Financial Network<br>PO Box 248872<br>Oklahoma City, OK 73124 | 1 | 166.10 | 2.16 |
| American Infosource - World Financial Network<br>PO Box 248872<br>Oklahoma City, OK 73124 | 2 | 219.47 | 2.85 |
| Recovery Management - GE Money Bank<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 11 | 263.12 | 3.42 |
| HSBC Bank Nevada NA<br>Bass & Associates<br>2926 E Ft Lowell Rd, Suite 200<br>Tucson, AZ 85712 | 15 | 225.49 | 2.93 |
| Total | | | 11.36 |

Date: November 8, 2010

_____
Trustee